# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB HOLLEMAN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GHS INTERACTIVE SECURITY, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. 1:18-cv-00745-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 10) |

On March 18, 2019, the parties filed a joint stipulation dismissing Plaintiff Jacob Holleman's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 10.)

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 19, 2019**__                     /s/ *Sheila K. Oberto*  
                                                                             UNITED STATES MAGISTRATE JUDGE